FILED

2015 Sep-09  AM 10:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | | |
|---|---|---|
| NANCIE SEAL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action Number: |
| v. | ) | 6:13-cv-01697-VEH-JEO |
| | ) | |
| WALKER COUNTY et al., | ) | |
| | ) | |
| Respondents, | ) | |

## <u>MEMORANDUM OPINION</u>

This is an action seeking habeas relief pursuant to 28 U.S.C. § 2254.  It was filed by Nancie Seal, an Alabama state prisoner confined at the Montgomery Women's Facility in Mt. Meigs, Alabama.  On August 5, 2015, the magistrate judge entered a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(A), concluding that this action is barred by the one-year statute of limitations and is due to be dismissed with prejudice.  (Doc. 12).  A copy of the report and recommendation was mailed to Seal at her address at the Montgomery Women's Facility, but the mail was returned as undeliverable.  (Doc. 13).   Seal has failed to notify the court of her new address and has filed no objections to the report and recommendation.  The time for Seal to file any objections has now expired.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation of the magistrate judge, the

court is of the opinion that the magistrate judge's report is due to be and is hereby

ADOPTED and his recommendation is ACCEPTED.  As a result, this action is

due to be DISMISSED WITH PREJUDICE.  A separate final order will be

entered.

DONE and ORDERED this 9th day of September, 2015.

**VIRGINIA EMERSON HOPKINS**
United States District Judge